UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETTA JOHNSON,<br>           Plaintiff,<br>    v.<br>ERIC JOHNSON, et al.,<br>           Defendants. | Case No. 3:19-cv-02407-RS (KAW)<br>**ORDER VACATING SETTLEMENT CONFERENCE**<br>Re: Dkt. No. 38 |

On November 13, 2019, the undersigned scheduled a settlement conference for January 31, 2020. On December 2, 2019, the district court granted Plaintiff's motion to appoint counsel for the limited scope of discovery and settlement. (Dkt. No. 38.) The case is currently stayed for four weeks from the date counsel is appointed. *Id.*

Accordingly, the January 31, 2020 settlement conference is VACATED. The parties shall contact Judge Westmore's courtroom deputy at 510-637-3525 once counsel is appointed to schedule a pre-settlement conference telephone call.

IT IS SO ORDERED.

Dated: December 10, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge