1  RICHARD G. FRENKEL (Bar No. 204133)
   rick.frenkel@lw.com
2  LATHAM & WATKINS LLP
   140 Scott Drive
3  Menlo Park, California 94025
   Telephone: +1.650.328.4600
4  Facsimile: +1.650.463.2600

5  Attorney for Plaintiff
   ETTA JOHNSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ETTA JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC JOHNSON in his official capacity, HOUSING AUTHORITY OF THE CITY OF OAKLAND, and DOES 1-30, inclusive,<br><br>  Defendants. | CASE NO. 3:19-cv-02407-RS<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT** |

WHEREAS, pro bono counsel for plaintiff Etta Johnson ("Johnson") was appointed on February 21 (Dkt. 47), and a Settlement Conference between Johnson and Eric Johnson, in his official capacity regarding the Housing Authority of the City of Oakland ("Oakland Housing Authority") was set for August 21, 2020 (Dkt. 51);

WHEREAS, the case was referred to Magistrate Judge Westmore for the Settlement Conference;

WHEREAS, due to the current pandemic and the continued closure of the federal courts and plaintiff's counsel's offices in Santa Clara County and San Francisco County, the parties and

1  Magistrate Judge Westmore discussed on July 15 holding the Settlement Conference on August
2  19 via Zoom video conference (Dkt. 58);

3      WHEREAS, because Johnson has no Internet connection or personal computer or smart
4  phone or smart tablet, and thus cannot participate in a video conference unless she is in an office
5  that has such a connection;

6      WHEREAS, counsel for Oakland Housing Authority has an office in San Mateo County,
7  and as of the July 15 discussion with the Court, that office was open;

8      WHEREAS, the parties agreed that Johnson and her counsel would participate in the
9  Settlement Conference from the San Mateo County offices of counsel for Oakland Housing
10 Authority;

11     WHEREAS, on July 29, San Mateo County was added to the governor's watch list;

12     WHEREAS, San Mateo County has remained on the governor's watch list, such that as
13 of August 3, all offices in San Mateo County are required to close, including the offices that
14 were going to be used for the August 19 Settlement Conference;

15     WHEREAS, Johnson does not wish to travel to San Mateo County in violation of the
16 County's new order in light of being placed on the governor's watch list;

17     WHEREAS, the Parties have filed with Magistrate Judge Westmore a stipulation to
18 extend the time for the Settlement Conference;

19     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Etta Johnson
20 and Defendants Eric Johnson in his official capacity, Housing Authority of the City of Oakland
21 that:

22     The Further Case Management Conference scheduled for September 10, 2020 is
23 continued to December 3, 2020 at 10:00 am.  All parties shall appear telephonically and must
24 contact Court Conference at (866) 582-6878 at least one week prior to the Conference to
25 arrange their participation.  Joint Case Management Statement due by November 25, 2020.
26 The Parties shall submit a status report to the Court, detailing the feasibility of conducting a
27 Settlement Conference, no later than September 30, 2020.

28

| | | |
|---|---|---|
| 1 | Dated: August 7, 2020 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |

By  */s/ Richard G. Frenkel* ___
Richard G. Frenkel
Attorney for Plaintiff
ETTA JOHNSON

Dated: August 7, 2020                              Respectfully submitted,

By  */s/ Kevin K. Cholakian* ___
Kevin K. Cholakian
Ronald Q. Tran
Attorneys for Defendants
ERIC JOHNSON,
in his official capacity, HOUSING
AUTHORITY OF THE CITY OF
OAKLAND

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __August 12, 2020__            _____
THE HONORABLE RICHARD SEEBORG
United States District Court Judge

**ATTESTATION**

The undersigned attests that, pursuant to Local Rule 5-4.34(a)(2), concurrence in the filing of this document has been obtained from counsel for all other signatories listed, and on whose behalf the filing is submitted, and counsel concur in the filing's content and have authorized the filing.

Dated: August 7, 2020

By  */s/ Richard G. Frenkel* ___
Richard G. Frenkel