RICHARD G. FRENKEL (Bar No. 204133)
rick.frenkel@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorney for Plaintiff
ETTA JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETTA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC JOHNSON in his official capacity, HOUSING AUTHORITY OF THE CITY OF OAKLAND, and DOES 1-30, inclusive,<br><br>    Defendants. | CASE NO. 3:19-cv-02407-RS<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT** |

WHEREAS, pro bono counsel for plaintiff Etta Johnson ("Johnson") was appointed on February 21 (Dkt. 47), and a Settlement Conference between Johnson and Eric Johnson, in his official capacity regarding the Housing Authority of the City of Oakland ("Oakland Housing Authority") was set for August 21, 2020 (Dkt. 51);

WHEREAS, the case was referred to Magistrate Judge Westmore for the Settlement Conference;

WHEREAS, due to the current pandemic and the continued closure of the federal courts and plaintiff's counsel's offices in Santa Clara County and San Francisco County, the parties and

1  Magistrate Judge Westmore discussed on July 15 holding the Settlement Conference on August
2  19 via Zoom video conference (Dkt. 58);
3          WHEREAS, due to circumstances related to the pandemic, the Parties continued the
4  Settlement Conference until a later date;
5          WHEREAS, the Parties stipulated to take the Further Case Management Conference off
6  calendar and reschedule it for a date after the rescheduled Settlement Conference;
7          WHEREAS, while Magistrate Judge Westmore was considering when to hold the
8  rescheduled Settlement Conference, the Court reset the Further Case Management Conference
9  for December 3, 2020;
10         WHEREAS, after the Court set the date for the Further Case Management Conference for
11 December 3, 2020, Magistrate Judge Westmore confirmed December 16, 2020 as the date for the
12 rescheduled Settlement Conference;
13         WHEREAS, the Parties wish to postpone the Further Case Management Conference until
14 after the Settlement Conference;
15         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Etta Johnson
16 and Defendants Eric Johnson in his official capacity, Housing Authority of the City of Oakland
17 that:
18     1.    The Further Case Management Conference scheduled for December 3, 2020 is
19 taken off calendar;
20     2.    The Court will reschedule the Further Case Management Conference for
21 **January 28, 2021 at 10:00 am.**   All parties shall appear telephonically and must contact Court
22 Conference at (866) 582-6878 at least one week prior to the Conference to arrange their
   participation.
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: November 23, 2020 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | |
| 4 | | By  */s/ Richard G. Frenkel*   ___<br>Richard G. Frenkel<br>Attorney for Plaintiff<br>ETTA JOHNSON |
| 5 | | |
| 6 | Dated: November 23, 2020 | Respectfully submitted, |

By  */s/ Kevin K. Cholakian*  ___
Kevin K. Cholakian
Ronald Q. Tran
Attorneys for Defendants
ERIC JOHNSON,
in his official capacity, HOUSING AUTHORITY OF THE CITY OF OAKLAND

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __November 23, 2020__  _____
THE HONORABLE RICHARD SEEBORG
United States District Court Judge

**ATTESTATION**

The undersigned attests that, pursuant to Local Rule 5-4.34(a)(2), concurrence in the filing of this document has been obtained from counsel for all other signatories listed, and on whose behalf the filing is submitted, and counsel concur in the filing's content and have authorized the filing.

Dated: November 23, 2020

By  */s/ Richard G. Frenkel*   ___
Richard G. Frenkel